AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sharpe, Gary L. | U.S. District Court, NDNY | 08/05/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief District Court Judge, Active | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

James T. Foley Courthouse
445 Broadway
Albany, New York 12207

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 08/05/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Realty USA - Independent Contractor - Commissions |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 08/05/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. New York College Tuition Savings # 1 (529) | B | Dividend | J | T | Buy (add'l) | 01/01/12 | J | | |
| 2. -Vanguard Aggressive Age-Based Growth Fund | | | | | Buy (add'l) | 02/01/12 | J | | |
| 3. | | | | | Buy (add'l) | 03/01/12 | J | | |
| 4. | | | | | Buy (add'l) | 04/01/12 | J | | |
| 5. | | | | | Buy (add'l) | 05/01/12 | J | | |
| 6. | | | | | Buy (add'l) | 06/01/12 | J | | |
| 7. | | | | | Buy (add'l) | 07/01/12 | J | | |
| 8. | | | | | Buy (add'l) | 08/01/12 | J | | |
| 9. | | | | | Buy (add'l) | 09/01/12 | J | | |
| 10. | | | | | Buy (add'l) | 10/01/12 | J | | |
| 11. | | | | | Buy (add'l) | 11/01/12 | J | | |
| 12. | | | | | Buy (add'l) | 12/01/12 | J | | |
| 13. New York College Tuition Savings #2 (529) | B | Dividend | J | T | Buy (add'l) | 01/01/12 | J | | |
| 14. -Vanguard Agressive Age-Based Growth Fund | | | | | Buy (add'l) | 02/01/12 | J | | |
| 15. | | | | | Buy (add'l) | 03/01/12 | J | | |
| 16. | | | | | Buy (add'l) | 04/01/12 | J | | |
| 17. | | | | | Buy (add'l) | 05/01/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 06/01/12 | J | | |
| 19. | | | | | Buy (add'l) | 07/01/12 | J | | |
| 20. | | | | | Buy (add'l) | 08/01/12 | J | | |
| 21. | | | | | Buy (add'l) | 09/01/12 | J | | |
| 22. | | | | | Buy (add'l) | 10/01/12 | J | | |
| 23. | | | | | Buy (add'l) | 11/01/12 | J | | |
| 24. | | | | | Buy (add'l) | 12/01/12 | J | | |
| 25. Excel Securities IRA # 1 | E | Dividend | | | Closed | 06/14/12 | N | E | |
| 26. Edward Jones IRA #1; F/Known as Excel Securities IRA #2) | E | Dividend | M | T | Open | 06/14/12 | K | | |
| 27. -Apple Common ("AAPL") | | | | | Buy | 06/14/12 | M | | |
| 28. | | | | | Sold (part) | 12/28/12 | J | A | |
| 29. -Baidu Common ("BIDU") | | | | | Buy | 06/14/12 | J | | |
| 30. | | | | | Sold | 09/12/12 | J | A | |
| 31. -Celgene Common ("CELG") | | | | | Buy | 06/14/12 | K | | |
| 32. | | | | | Sold (part) | 12/28/12 | J | A | |
| 33. -Qualcomm Common ("QCOM") | | | | | Buy | 06/14/12 | J | | |
| 34. | | | | | Sold (part) | 12/28/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Coca-Cola Co Common ("KO") | | | | | Buy | 08/10/12 | J | | |
| 36. | | | | | Sold | 12/04/12 | J | A | |
| 37. -Facebook Inc Common ("FB") | | | | | Buy | 09/12/12 | J | | |
| 38. | | | | | Sold (part) | 12/28/12 | J | A | |
| 39. -Medivation Inc Common ("MDVN") | | | | | Buy | 10/03/12 | J | | |
| 40. | | | | | Sold | 11/28/12 | J | A | |
| 41. -Costco Wholesale Corp Common ("COST") | | | | | Buy | 12/04/12 | J | | |
| 42. | | | | | Sold (part) | 12/28/12 | J | A | |
| 43. -Cornerstone Progressive Return ("CFP") | | | | | Buy | 06/14/12 | J | | |
| 44. | | | | | Sold (part) | 08/27/12 | J | A | |
| 45. | | | | | Sold | 09/25/12 | J | A | |
| 46. -Spdr Gold Tr Gold shs ("GLD") | | | | | Buy | 06/14/12 | K | | |
| 47. | | | | | Sold (part) | 06/29/12 | J | A | |
| 48. | | | | | Sold (part) | 08/10/12 | J | A | |
| 49. | | | | | Sold (part) | 08/27/12 | J | A | |
| 50. | | | | | Sold (part) | 10/24/12 | J | A | |
| 51. | | | | | Sold | 11/28/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Oppenheimer Gold & Spl Min A ("OPGSX") | | | | | Buy | 06/14/12 | J | | |
| 53. | | | | | Sold | 08/01/12 | J | A | |
| 54. -United States Gasoline Fund LP ("UGA") | | | | | Buy | 06/14/12 | J | | |
| 55. | | | | | Sold | 06/18/12 | J | A | |
| 56. Edward Jones IRA #2 | A | Dividend | J | T | Open | 06/14/12 | J | | |
| 57. -Direxion Shares Etf Tr Small Cap Bull 3X ("TNA") | | | | | Buy | 06/14/12 | J | | |
| 58. -Embraer SA Common ("ERJ") | | | | | Buy | 08/22/12 | J | | |
| 59. -Amazon Common ("AMZN") | | | | | Sold (part) | 01/26/12 | K | | |
| 60. | | | | | Sold (part) | 02/24/12 | J | | |
| 61. | | | | | Sold | 03/26/12 | K | | |
| 62. -Zynga Inc Common ("ZNGA") | | | | | Sold | 03/27/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts, Lines 26, 59-61, and 62.

For clarity, Line 26 is amended to reflect that the Edward Jones IRA # 1 was "formerly known as Excel Securities IRA # 2" on the 2011 annual report.

In response to a letter of inquiry: Lines 59-61 were added to reflect a total disposition of Amazon in 2012; and, Line 62 was added to reflect a total disposition of Zynga.

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 08/05/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gary L. Sharpe**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544